UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF,<br><br>Petitioners,<br><br>vs.<br><br>HEARTLAND DEVELOPMENT COMPANY, INC. and HEARTLAND BUILDING COMPANY, INC.,<br><br>Respondents. | Civil Action No.: 09-178 (PGS)<br><br>**ORDER** |

This matter having been brought before the Court by New Jersey Regional Council of Carpenters and New Jersey Carpenters Funds (collectively, the "Council") pursuant to a motion to confirm an arbitration award, Heartland Development Company, Inc. ("Heartland Development") pursuant to a cross-motion to vacate the arbitration award, and Heartland Building Company, Inc. ("Heartland Building") pursuant to a cross-motion to vacate judgment and the arbitration award; and the Court having considered the papers in support of and in opposition to the motions; and for good cause having been shown;

It is on this 26th day of April 2010 **ORDERED** as follows:

1. The Council's motion to confirm the arbitration award is granted as to Heartland Development only. (Docket Entry 2.)

2.  Heartland Development's cross-motion to vacate the arbitration award is denied. (Docket Entry 14.)

3.  Heartland Building's cross-motion to vacate the judgment and arbitration award is granted. (Docket Entry 17.)

4/26/10

_____
HON. PETER G. SHERIDAN, U.S.D.J.